IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES MONTGOMERY,            )
                               )
    Plaintiff,                 )
                               )
vs.                            )   Civil Action No. 10-62
                               )
                               )
JOSEPH PELZER, et al.,         )
                               )
    Defendants.                )

O R D E R

AND NOW, this 24th day of August, 2010, after the plaintiff, Charles Montgomery, filed an action in the above-captioned case, and after a motion for judgment on the pleadings was submitted by the defendants, Washington County and Joseph Pelzer, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties fourteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 17), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for judgment on the pleadings (Docket No. 7) is denied.

_____
Chief United States District Judge