IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES MONTGOMERY,<br>1507 Cranberry Point Lane<br>Cranberry Township, PA  16066<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSEPH PELZER, in his Official Capacity<br>As Warden of the Washington County<br>Correctional Facility,<br>100 West Cherry Avenue<br>Washington, PA  15301<br><br>　　　　and<br><br>WASHINGTON COUNTY, Pennsylvania<br>100 West Beau Street<br>Washington, PA  15301<br><br>　　　　and<br><br>JOHN DOE, in his Official Capacity as<br>Records Custodian<br>100 West Cherry Avenue<br>Washington, PA  15301<br><br>　　　　and<br><br>JANE DOE<br>100 West Cherry Avenue<br>Washington, PA  15301<br><br>　　　　Defendants, Jointly and Severally. | ) No. 2:10-cv-00062<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **FILED ELECTRONICALLY**<br>)<br>) **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that Plaintiff's claims against the Defendants, Joseph Pelzer, the John Doe defendants and Washington County, in the above-captioned action be dismissed with prejudice.

LAW OFFICE OF JOSEPH S. WEIMER

BY: *s/ Edmond R. Joyal, Jr.*
Edmond R. Joyal, Jr., Esquire
Pa. I.D. #65907
Attorney for Defendants,
Washington County and Joseph Pelzer
PA I.D. #65907
975 Two Chatham Center
Pittsburgh, PA  15219
(412) 338-3098
(412) 471-8748 (fax)
Email: ejoyal@travelers.com


BY: *s/Noah Geary*
Noah Geary, Esquire
Suite 225
Washington Trust Building
30 East Beau Street
Washington, PA  15301

SO ORDERED, this 6th day of September, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge